Order issued January 15, 2013



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00749-CR

**JESSIE JAMES BELL, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices Bridges, O'Neill, and Murphy

Based on the Court's opinion of this date, we **GRANT** the August 16, 2012 motion for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Adrienne Dunn and Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jessie James Bell, 8322 Honeysuckle Lane, Dallas, Texas, 75241.

_____
MARY MURPHY
JUSTICE